UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, et al.,<br><br>Defendants. | Civil Action No. 25-1192 (SLS) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Now come the Defendants in the above captioned matter, the National Institutes of Health, et al, and respectfully move for a 30-day extension of time within which to respond to Plaintiff's complaint filed on April 18, 2025 (ECF No. 1). An answer is presently due on May 21, 2025, and the Defendants request an extension until June 20, 2025.

Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with counsel for Plaintiff, Merrick Wayne, and he kindly assented to the relief requested in this motion.

There are good grounds for the granting of this motion pursuant to Federal Rule of Civil Procedure ("Rule") 6(b).

Due to the influx of cases in the Civil Division of the United States Attorney's Office, there is sometimes a delay in the assignment of cases, including this one. Undersigned Counsel did not receive notice of this case until May 18, 2025. The Civil Division has also been inundated with emergency matters and undersigned counsel has not yet been able to confer with the Defendants and to prepare a response to Plaintiff's complaint.

Also, undersigned counsel, as with all Assistant United States Attorneys in the Civil Division, has an extremely active and burdensome litigation caseload.  At present, undersigned counsel has approximately 113 active cases.  Given the workload, it is not always possible to adhere to initial scheduling deadlines.  There is not enough time to prepare a well-reasoned and thorough response to Plaintiff's complaint by the current due date.

Defendants submit this motion in good faith and not for the purpose of delay.  This is the first request for an extension of the complaint response date.

For the foregoing reasons, it is respectfully requested that the Defendants be given until June 20, 2025, to respond to Plaintiff's complaint.  A proposed order is attached.

Dated: May 19, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Thomas W. Duffey* _____
     THOMAS W. DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD, et al.,

        Plaintiffs,

    v.

NATIONAL INSTITUTES OF HEALTH, et al.,

        Defendants.

Civil Action No. 25-1192 (SLS)

**[PROPOSED] ORDER**

This matter, having come before the Court on the consent motion of the Defendants to extend the time to respond to Plaintiff's complaint, and the Court having considered the motion, and the entire record herein, it is hereby ORDERED

That the Defendants' motion is granted, and the Defendants shall respond to Plaintiff's complaint on or before June 20, 2025.

_____
SPARKLE L. SOOKNANAN
United States District Judge